UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES LITTON MORRIS,

    Plaintiff,

v.                                                        Case No. 3:16cv15-RV-CJK

OFFICER DERRICK JOHNSON, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 3, 2017 (doc. 49). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's "Petition for Injunction to Enjoin State Court from Sentencing Petitioner Back to F.D.O.C. in Light of History of Official Abuse

Evidenced by Pending United States District Court Case, and to Enjoin Future Imminent Acts of Abuse at the Hands of (those same Defendant) F.D.O.C. Officers" (doc. 48) is **DENIED**.

**DONE AND ORDERED** this 1st day of August, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**